No. 299. J. A. SCRIVEN COMPANY, APPELLANT, v. RICE-STIX DRY GOODS COMPANY. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss submitted October 18, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S. 100; *David Kaufman & Sons Co.* v. *Smith*, 216 U. S. 610; § 6 of act of March 3, 1891, chap. 517, 26 Stat. 828. And see *Hutchinson, Pierce & Co.* v. *Loewy*, 217 U. S. 457. *Mr. Arthur v. Briesen* and *Mr. Hans v. Briesen* for the appellant. *Mr. F. W. Lehmann* and *Mr. S. L. Swarts* for the appellee.

---

No. 413. MIKE BEECHAM, PLAINTIFF IN ERROR, v. THE UNITED STATES. In error to the Supreme Court of the Philippine Islands. Submitted October 19, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S. 100; *David Kaufman & Sons Co.* v. *Smith*, 216 U. S. 610; *Downes* v. *Bidwell*, 182 U. S. 244; *Hawaii* v. *Mankichi*, 190 U. S. 197; *Rassmussen* v. *United States*, 197 U. S. 520; *Dorr* v. *United States*, 195 U. S. 138; *Trono* v. *United States*, 199 U. S. 521; *Grafton* v. *United States*, 206 U. S. 333. *Mr William J. Rohde* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the defendant in error.

---

No. 414. MIKE BEECHAM, PLAINTIFF IN ERROR, v. THE UNITED STATES. In error to the Supreme Court of the Philippine Islands. Submitted October 19, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S. 100; *David Kaufman & Sons Co.* v. *Smith*, 216 U. S. 610; *Downes* v. *Bidwell*, 182 U. S. 244; *Hawaii* v. *Mankichi*,